SHERIFF, CLARK COUNTY, NEVADA, Appellant, *v.*
LAWRENCE LUCIAN SCALIO, Respondent.

No. 12832

September 18, 1980                                    616 P.2d 402

*Richard H. Bryan,* Attorney General, Carson City; *Robert
J. Miller,* District Attorney, and *Gregory C. Diamond,* Deputy
District Attorney, Clark County, for Appellant.

*Richard T. Bourgault,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Indicted for a felony, respondent filed a pretrial petition for
a writ of habeas corpus. The petition was considered and
granted by the district court, and the state has appealed.

We need not consider the merits, if any, of the appeal.
Respondent's habeas petition was not verified by oath or affir-
mation as clearly required by NRS 34.370(3). Therefore, the
petition was not cognizable in the district court. Sheriff v.
Arvey, 93 Nev. 72, 560 P.2d 153 (1977). Accordingly, we *sua
sponte* reverse and instruct the district court to dismiss the
habeas petition.